## Byerley, Appellant, *v.* Elkins.

Argued November 13, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*William Bruno,* with him *John V. McDonald,* for appellant.

*W. Glenn George,* for State Paving and Construction Company, appellee.

*Joseph Head, Jr.,* with him *Swartz, Campbell & Henry,* for appellee.

OPINION PER CURIAM, January 16, 1958:

The lower court refused to remove a nonsuit entered against the plaintiff in this action for the reason that he had failed to produce such evidence of the defendants' negligence as would entitle him to submit his claim to a jury. A review of the facts and the applicable law would serve no useful purpose. Since we find no error in the determination made by the lower court the judgment is affirmed.

Judgment affirmed.

Mr. Justice MUSMANNO dissents.